IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bluhm, | No. CV-24-08108-PCT-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

Before the Court is the December 20, 2024, Report and Recommendation ("R&R") of United States Magistrate Judge Elieen S. Willett (Doc. 14). Judge Willett recommends that this Court deny, without prejudice, Petitioner Michael Bluhm's Petition for Writ of Habeas Corpus (the "Petition") (Doc. 1), filed pursuant to 28 U.S.C. § 2254, for lack of subject-matter jurisdiction. Judge Willett informed the parties that they had fourteen (14) days from which to file objections to the R&R. (Doc. 14 at 5). No objections have been filed. The Court has reviewed the R&R and agrees with its recommendations.

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 14) is **adopted** as the Order of this Court. Petitioner's Petition (Doc. 1) is **dismissed** without prejudice to Petitioner filing a successive habeas petition in this Court upon obtaining the necessary authorization from the Ninth Circuit Court of Appeals.

**IT IS FURTHER ORDERED denying** a certificate of appealability and leave to

1  proceed in forma pauperis on appeal because dismissal of the Petition is justified by a
2  plain procedural bar.
3        **IT IS FINALLY ORDERED** that that the Clerk of Court shall terminate this
4  action and enter judgment accordingly.
5        Dated this 27th day of January, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge